United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R. R., et al.,

        Plaintiffs,

    v.

BLUE SHIELD OF CALIFORNIA,

        Defendant.

Case No.  22-cv-07707-JD

**JUDGMENT**

Pursuant to the summary judgment order, Dkt. No. 61, and Federal Rule of Civil Procedure 58, the Court enters judgment for defendant Blue Shield of California.

**IT IS SO ORDERED.**

Dated:  September 13, 2024

_____

JAMES DONATO
United States District Judge