UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| R. R. and E. R.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>CALIFORNIA PHYSICIANS' SERVICE,<br>dba Blue Shield of California,<br><br>    Defendant - Appellee. | No. 24-6337<br><br>D.C. No.<br>3:22-cv-07707-JD<br><br>Northern District of California,<br>San Francisco<br><br>MANDATE |

The judgment of this Court, entered January 27, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT